# Court of Appeals
# of the State of Georgia

ATLANTA,   February 26, 2016

*The Court of Appeals hereby passes the following order:*

**A16E0023. IN THE INTEREST OF: R. W., J. R., J. W., H. W., F. W., L. W., I. W., J. W., S. W., E. W., AND P. W.  children.**

Upon consideration of appellant's emergency motion filed pursuant to Court of Appeals Rule 40 (b), it is ordered that same is hereby DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   02/26/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*